**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

OPTUMCARE MANAGEMENT, LLC,

      Plaintiff,

    vs.                          Civ. No. 20-474 RB/SCY
                                       *consolidated with*

KRISTINA GUTIERREZ-BARELA, MD,      Civ. No. 20-817 SWS/MLC

      Defendant.

**ORDER ADOPTING JOINT STATUS REPORT**
**AND PROVISIONAL DISCOVERY PLAN**

      At the Rule 16 scheduling conference held on March 1, 2022 the Court reviewed the

attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 56), filed on February 15,

2022 and adopted it as modified by the dates and discovery parameters provided in the Court's

Scheduling Order filed concurrently with this Order.


                                                             UNITED STATES MAGISTRATE JUDGE